Order issued: September /9 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00254-CV

**DALLAS INDEPENDENT SCHOOL DISTRICT, Appellant**

**V.**

**DOUGLAS WATSON, Appellee**

On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-08-12298-D

## ORDER

We **GRANT** appellant's September 13, 2012 motion for an extension of time to file a reply brief. Appellant shall file its reply brief on or before October 22, 2012.

CAROLYN WRIGHT
CHIEF JUSTICE